PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:21-cr-00151-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE ) TRIAL CONFIRMATION HEARING AND |
| v. | ) JURY TRIAL AND SET CHANGE OF ) PLEA AND SENTENCING |
| BEN I. TOLENTINO, | ) ) DATE:  February 28, 2022 |
| Defendant. | ) TIME:   9:30 a.m. ) JUDGE: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1.   By previous order, this matter was scheduled for a trial confirmation hearing on February 14, 2022 at 9:30 a.m.

2.   By this stipulation, the parties now jointly move to vacate the trial confirmation hearing.

3.   Additionally, by previous order, this matter was scheduled for a jury trial on February 28, 2022 at 9:00 a.m.

///

4.  By this stipulation, the parties now jointly move to vacate the jury trial and set a change of plea and sentencing on February 28, 2022 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: February 9, 2022          PHILLIP A. TALBERT
                                 United States Attorney

                            By:  */s/ John Scanlon*
                                 JOHN E. SCANLON
                                 Special Assistant U.S. Attorney


                                 */s/ Linda Allison*
                                 LINDA C. ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 (*Approved via email on 2/9/2022*)


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the trial confirmation hearing currently scheduled on February 14, 2022 at 9:30 a.m. shall be vacated, the jury trial scheduled on February 28, 2022 at 9:00 a.m. shall be vacated, and a change of plea and sentencing be set on February 28, 2022 at 9:30 a.m.

Dated:  February 10, 2022

                                 _____
                                 CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE